BURNETT BUSH, Appellant, *v.* CITY OF JAMESTOWN, Respondent, Impleaded with Another.

Argued March 3, 1942; decided April 16, 1942.

*Clarence G. Pickard* for appellant.

*Samuel C. Alessi, Corporation Counsel,* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.